UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY A. BLAKELY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-237-D |
| WALGREEN CO. and JOHN DOE, | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR DISCLOSURE

Before the Court is Plaintiff's Motion for Order Requiring Defendant Walgreen Co. to Immediately Reveal the Identity of Defendant John Doe [Doc. No. 7]. Although no procedural rule is cited, the Court understands that Plaintiff seeks an early disclosure of information required by Fed. R. Civ. P. 26(a)(1) to be disclosed "at or within 14 days after the parties' Rule 26(f) conference." *See* Fed. R. Civ. P. 26(a)(1)(C). Because this case is set on the Court's May 5, 2016 scheduling conference docket, the parties' Rule 26(f) discovery conference is due to occur by April 14, 2016. *See* Fed. R. Civ. P. 26(f)(1).

Defendant Walgreen Co. has made no timely response to the Motion, and in the exercise of discretion under LCvR7.1(g), the Court deems the Motion confessed. For this reason, and because Plaintiff has a legitimate need for early disclosure of the information sought, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant Walgreen Co. shall provide to Plaintiff within 7 days from the date of this Order, the name and address of the individual referred to as Defendant John Doe or "Pharmacist Joe" in Plaintiff's pleading.

IT IS SO ORDERED this 13th day of April, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE